UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | | |
|---|---|---|---|
| JERRY BLANEY, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | CIVIL ACTION NO. | |
| VS. | ) | | |
| | ) | 3:08-CV-0637-G | |
| SHERIFF LUPE VALDEZ, | ) | | |
| | ) | **ECF** | |
| Respondent. | ) | | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

July 17, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**